AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__



UNITED STATES OF AMERICA

V.

BRADFORD C. BLEIDT

**CRIMINAL COMPLAINT**

CASE NUMBER: mJ04-m-277 JLA

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and fraudulently causing items to be sent by the Unitd States Postal Service in furtherance of a scheme or artifice to defraud, and for obtaining money or property by means of materially false and fraudulent pretenses, representations and promises (i.e., mail fraud)

in violation of Title __18__ United States Code, Section(s) __1341__.

I further state that I am a(n) __Special Agent of the FBI__ and that this complaint is based on the following
  Official Title
facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

11-19-2004                             at            Boston, Massachusetts
Date                                                  City and State

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE               _____
Name & Title of Judicial Officer                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**DOCKETED**   **SEALED**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** FBI/POSTAL/IRS

**City** Boston   **Related Case Information:**

**County** Suffolk   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Bradford C. Bleidt   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   8 Nortons Point

Birth date (Year only): ____   SSN (last 4 #): 1594   Sex M   Race: ____   Nationality: ____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Mark J. Balthazard   Bar Number if applicable   544463

Interpreter:   ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 19, 2004   Signature of AUSA *[signature]*

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Bradford C. Bleidt

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1341 | Mail Fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**