UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. MJ-04-M-277-JLA |
| ) | |
| BRADFORD C. BLEIDT ) | |
|     Defendant ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter. As grounds for this motion, the government states that the defendant Bradford C. Bleidt has been arrested.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MARK J. BALTHAZARD
Assistant U.S. Attorney

**DOCKETED**

11/19/04 [signature], M.J. Allowed

**DOCKETED**