AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

**APPEARANCE**

Case Number: MJ04-M-277JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Bradford C. Bleidt_

I certify that I am admitted to practice in this court.

_11/22/04_
Date

_Edward J. Lee_ (Signature)

_EDWARD J. LEE_   _291480_
Print Name                    Bar Number

_65 Franklin St Suite 500_
Address

_Boston_, _MA_   _02110_
City          State        Zip Code

_617-350-6882_   _617-348-2147_
Phone Number              Fax Number