UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ04-M-277:001 JLA

UNITED STATES

V.

BRADFORD C. BLEIDT
Defendant

ORDER ON MOTION FOR
<u>MENTAL COMPETENCY EXAMINATION</u>
(Docket Entry #6)

November 24, 2004

ALEXANDER, U.S.M.J.

On November 22, 2004, the defendant in the above-captioned case appeared for an initial appearance on a complaint charging him with 18 U.S.C. §1341, mail fraud. The government was represented by attorney Mark Balthazard and the defendant was represented by attorney Edward J. Lee. At the hearing the defendant moved for a mental competency examination pursuant 18 U.S.C. 4241. Hearing no objection from the government, this Court hereby ALLOWS the motion. In that the government moved for detention pursuant to 18 U.S.C. §3142(f)(2)(A), the defendant is hereby DETAINED pending the outcome of his competency examination. Accordingly, the defendant is HEREBY REMANDED to the custody of the Marshal to be transported to Fort Devens for a competency examination.

This Court also hereby ORDERS as follows:

1. Pursuant to 18 U.S.C. § 4247 (c), Fort Devens shall file a written report with the Court and provide copies to counsel of record in this case:

> AUSA Mark Balthazard
> United States Attorney's Office
> One Courthouse Way, suite 9200
> Boston, MA  02109
>
> Edward J. Lee, Esq.
> Law Office of Edward J. Lee
> Suite 500
> 65 Franklin Street
> Boston, MA  02110

2. Pursuant to 18 U.S.C. § 4247 (c), the report shall include, inter alia, the following information:

   a. A description of Bleidt's history and present symptoms;

   b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

   c. A detailed description of the examiner's findings; and

   d. A detailed description of the examiner's opinions as to the diagnosis and prognosis. The reports shall also include the examiner's opinion whether Bleidt currently is suffering from a mental disease or defect rendering him mentally incompetent to the extent that Bleidt is not capable of understanding the nature and consequences of the proceeding against him or to assist properly in his defense.

3. Upon this Court's ruling on the competency of the defendant, the defendant shall be brought forthwith to this Court for a further hearing on detention.

SO ORDERED.

> /S/ Joyce London Alexander
> JOYCE LONDON ALEXANDER
> UNITED STATES MAGISTRATE JUDGE