UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 20 A 10: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. MJ-04-M-277-JLA |
| | ) |
| BRADFORD C. BLEIDT | ) |
| Defendant | ) |

### GOVERNMENT'S MOTION TO EXCLUDE TIME

The government respectfully moves for the exclusion of time from the 30 day Speedy Trial Act limit for charging the defendant by information or indictment; more specifically, the government seeks to exclude all time from the filing on January 6, 2005 of defendant Bleidt's Motion (filed under Seal), docket #12, until the Court decides that motion.

As grounds therefor, the government states that the Speedy Trial Act excludes from the 30 day computation any "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." 18 U.S.C. §3161(h)(1)(F).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney

### Certificate of Service

I hereby certify that I caused a copy of the above document to be served by mail and fax on defendant's attorney of record, Edward J. Lee, Esq., 65 Franklin Street, Boston, MA 02110, on January 20, 2005.

/s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney